Case 06-70781    Doc 72    Filed 09/30/08    Entered 09/30/08 11:06:13    Desc Main
              Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LAURIE A. PHILLIPS                                     Case Number: 06-70781
        516 OLIVE COURT                SSN-xxx-xx-8096
        LOVES PARK, IL  61111

                                                        Case filed on:      5/5/2006
                                                        Plan Confirmed on:  7/14/2006

                            D Dismissed

Total funds received and disbursed pursuant to the plan: $7,551.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| 012 | KLUEVER & PLATT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LAURIE A. PHILLIPS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS TITLE LOANS | 800.00 | 800.00 | 610.20 | 89.80 |
| 002 | SELECT PORTFOLIO SERVICING | 22,372.24 | 2,917.61 | 2,917.61 | 0.00 |
| 003 | WINNEBAGO COUNTY TREASURER | 1,100.00 | 1,100.00 | 1,100.00 | 26.88 |
|  | Total Secured | 24,272.24 | 4,817.61 | 4,627.81 | 116.68 |
| 004 | ABC CASH N GO | 266.68 | 266.68 | 23.80 | 0.00 |
| 005 | CAPITAL ONE | 1,993.74 | 1,993.74 | 177.89 | 0.00 |
| 006 | CARLSON ORTHOPEDIC CLINIC | 1,607.32 | 1,607.32 | 143.41 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | B-LINE LLC | 1,102.94 | 1,102.94 | 98.40 | 0.00 |
| 009 | DIRECT MERCHANT BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | KMART CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | OSF MEDICAL GROUP, GROUP 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS BANKRUPTCY SERVICE | 997.38 | 997.38 | 88.98 | 0.00 |
|  | Total Unsecured | 5,968.06 | 5,968.06 | 532.48 | 0.00 |
|  | Grand Total: | 32,040.30 | 12,585.67 | 6,960.29 | 116.68 |

Total Paid Claimant:       $7,076.97
Trustee Allowance:         $474.03         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    8.92            discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                             /s/ Lydia S. Meyer
                                           Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 09/26/2008        By  /s/Heather M. Fagan